# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

Filed in OPEN COURT
on 6/27/2012
Richards, Clerk
District Court
District of NC

| | |
|---|---|
| United States of America <br> v. <br> Rashad Deon Myers | ) <br> ) <br> ) Case No: 5:08-CR-57-1BO <br> ) <br> ) USM No: 51094-056 |
| Date of Original Judgment: 07/29/2008 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Thomas P. McNamara <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 90 months **is reduced to** 18 months on Count 1 and 60 months on Count 2 to run consecutively, for a total sentence of 78 months. The previously imposed sentence was comprised of a term of 30 months on Count 1 and a term of 60 months on Count 2 to run consecutively.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated July 29, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6-27-12

Judge's signature

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*